In re Wainoco Oil & Gas Co.; Tidewater Realty Inc.; Tidewater Barges Inc.; Wilshire Oil & Gas Co./TX; Southern Cross Limited/CO; C.D.C. Producing Co.; Williams Exploration Co.; Southport Exploration Inc.; John W. Mecom Co.; Mecom, John W. Co.; Marks, T. Keith; Todd, Donald F.; Hendon, Cynthia Todd; Martin, Ronald E.; Land, Guy V.; Remuda Corporation; Barker, Lawrence Jr.; Freeman, H. T.; Ramos, Joe; Wilson, William W.; Mittelstaedt, A.K.; Miller, Robert E.; Pollack, Irving; Kinard, John C.; Williams, Dan W.; Fish, Andrew R.; Dernick, Harry; Dernick Resources Inc.; Marinex Petroleum Co.; Roger & Company; Wynn & Associates; Exchange Oil & Gas Co.; Leon County Dev. Co. Inc.; Cameron Dev. Co. Inc.; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA 84 0717; Parish of East Baton Rouge, 19th Judicial District Court, Div. “M”, No. 253-360.
Prior report: La.App., 477 So.2d 1149.
Granted.